IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| BERNARDINO ESTEVES, | : | |
| | : | |
| Plaintiff | : | Civ. No. 21-12796 (RMB-MJS) |
| v. | : | |
| | : | **MEMORANDUM AND ORDER** |
| | : | |
| CAMDEN COUNTY JAIL ADMINISTRATOR, et al., | : | |
| | : | |
| Defendants | : | |

**IT APPEARING THAT:**

1. On or about June 21, 2021, Plaintiff Bernardino Esteves, a pretrial detainee in Camden County Jail in Camden, New Jersey, submitted to this Court a pro se civil rights complaint, without paying the $402 filing and administrative fees or, alternatively, submitting an application to proceed without prepayment of the filing fee under 28 U.S.C. § 1915(a). ("*in forma pauperis*" or "IFP App.")  (Compl., Docket No. 1).

2. Pursuant to 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b)(1) and 42 U.S.C. § 1997e(c), this Court dismissed the complaint without prejudice for failure to state a claim, administratively terminated this action.  This Court also granted Plaintiff leave to reopen this action by paying the filing fee or submitting an IFP application, and submitting an amended complaint, within 30 days of the Order entered on November 29, 2021. (Opinion and Order, Docket Nos. 2, 3.)

3. Plaintiff took no further action in this matter until April 20, 2023, when he submitted a letter, written in Spanish, to the Court.  Along with this letter, the Court received a copy of Plaintiff's inmate trust account and an exhibit containing miscellaneous

documents from South Woods State Prison and tax documents.  These were mailed by Plaintiff from South Woods State Prison.  (Letter, Docket No. 4.)

4.      Between April 21, 2023 and May 8, 2023, this Court received four additional letters from Plaintiff, all in Spanish, with some English language documents attached.

5.      Before this Court can respond, Plaintiff will need to translate his letters into English and resubmit them to the Court.  If Plaintiff is asking to reopen this matter, he will be required to show good cause why he did not respond to this Court's November 29, 2021 Order, granting him leave to reopen this action by filing an IFP application and an amended complaint within 30 days.

**IT IS** therefore on this **26th day of May 2023**,

**ORDERED** that if Plaintiff wishes to reopen this matter, he shall submit to this Court an English translation of his letters, and show good cause why he did not comply with this Court's Order of November 29, 2021; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order on Plaintiff by regular U.S. mail.

s/Renée Marie Bumb
**RENÉE MARIE BUMB
Chief United States District Judge**